UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMURL A. SCOTT,<br><br>            Plaintiff,<br><br>        v.<br><br>PADILLA,<br><br>            Defendant. | Case No. 2:24-cv-1297-JDP (P)<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a response to defendant's motion for summary judgment, ECF No. 21. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 23, is GRANTED; and

2. Plaintiff is granted thirty days from the date of this order in which to file a response to defendant's motion for summary judgment, ECF No. 21.

IT IS SO ORDERED.

Dated:   October 8, 2025                              _____
                                                     JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE